David A. Gabianelli (State Bar No. 158170)
Andrew L. Chang (State Bar No. 222309)
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: dgabianelli@ssd.com
Email: achang@ssd.com

Attorneys for Defendant
CENTIMARK CORPORATION

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HANSEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CENTIMARK CORPORATION,<br><br>            Defendant. | Case No. C-08-2611-EDL<br><br>**DEFENDANT CENTIMARK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the |
| 2 | named parties, there is no such interest to report. |
| 3 | Dated: May 23, 2008 |

Respectfully submitted,

Squire, Sanders & Dempsey L.L.P.

By: _____
David A. Gabianelli

Attorneys for Defendant
CENTIMARK CORPORATION

OF COUNSEL:
Peter S. Russ
Gregory J. Krock
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219-1410
Telephone:   +1.412.562.8800
Facsimile:    +1.412.562.1041

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-
3492

- 2 -
CENTIMARK'S CERT. OF INTERESTED ENTITIES OR PERSONS, CASE NO. _____

# CERTIFICATE OF SERVICE

I, Agnes A. Gacayan, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the city, county and state where the mailing described below took place.

On May 23, 2008, I deposited in the United States Mail at San Francisco, California, a copy of the **DEFENDANT CENTIMARK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** attached to this Certificate addressed as follows:

Charles W. Herf, Esq.
Quarles & Brady LLP
Renaissance One, Two North Central Avenue
Phoenix, AZ 85004-2391

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 23, 2008.

*/s/ Agnes A. Gacayan*
Agnes A. Gacayan