ORIGINAL

1  Peter S. Russ (State Bar No. 147829)
   Gregory J. Krock (*pro hac vice* application
2  forthcoming)
   Buchanan Ingersoll & Rooney
3  One Oxford Centre
   301 Grant St., 20th Floor
4  Pittsburgh, PA 15219-1410
   Telephone:   +1.412.562.8800
5  Facsimile:   +1.412.562.1041
   Email:       peter.russ@bipc.com
6  Email:       gregory.krock@bipc.com

7  David A. Gabianelli (State Bar No. 158170)
   Andrew L. Chang (State Bar No. 222309)
8  Squire, Sanders & Dempsey L.L.P.
   One Maritime Plaza, Suite 300
9  San Francisco, CA 94111-3492
   Telephone:   +1.415.954.0200
10 Facsimile:   +1.415.393.9887
   Email:       dgabianelli@ssd.com
11 Email:       achang@ssd.com

12 Attorneys for Defendant
   CENTIMARK CORPORATION
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16
   PATRICK HANSEN,                      Case No. C-08-2611-EDL
17
              Plaintiff,                **CERTIFICATE OF SERVICE OF NOTICE**
18                                      **TO SUPERIOR COURT AND ADVERSE**
        vs.                             **PARTY OF REMOVAL TO FEDERAL**
19                                      **COURT**
   CENTIMARK CORPORATION,
20
              Defendant.
21

22      I, Agnes A. Gacayan, certify and declare as follows:

23      I am over the age of 18 years and not a party to this action.

24      My business address is Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300,

25 San Francisco, California 94111-3492, which is located in the city, county and state where the

26 mailing described below took place.

27

28

1     On May 23, 2008, I deposited in the United States Mail at San Francisco, California, a copy of the Notice to Superior Court and Adverse Party of Removal to Federal Court attached to this Certificate addressed as follows:

> Charles W. Herf, Esq.
> Quarles & Brady LLP
> Renaissance One, Two North Central Avenue
> Phoenix, AZ 85004-2391

    I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 23, 2008

*/s/ Agnes A. Gacayan*
Agnes A. Gacayan

| | |
|---|---|
| 1 | Peter S. Russ (State Bar No. 147829) |
| | BUCHANAN INGERSOLL & ROONEY |
| 2 | One Oxford Centre |
| | 301 Grant St., 20th Floor |
| 3 | Pittsburgh, PA 15219-1410 |
| | Telephone:   +1.412.562.8800 |
| 4 | Facsimile:    +1.412.562.1041 |
| 5 | David A. Gabianelli (State Bar No. 158170) |
| | Andrew L. Chang (State Bar No. 222309) |
| 6 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | One Maritime Plaza, Suite 300 |
| 7 | San Francisco, CA  94111-3492 |
| | Telephone:   +1.415.954.0200 |
| 8 | Facsimile:    +1.415.393.9887 |
| 9 | Attorneys for Defendant |
| | CENTIMARK CORPORATION |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| PATRICK HANSEN, | CASE NO. L08-03485 |
| Plaintiff, | **NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CENTIMARK CORPORATION, | |
| Defendant. | |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA AND TO THE PLAINTIFF:

PLEASE TAKE NOTICE that Defendant CentiMark Corporation, by and through its undersigned counsel, has filed a Notice of Removal in the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332 and 1441 to remove the above-captioned matter from the Superior Court of the State of California, County of Contra Costa to said District Court. A true and correct copy of the Notice of Removal, in the form in which it was filed on May 23, 2008 (excluding exhibits), is attached hereto as Exhibit A.

DATED: May 23, 2008

Respectfully submitted,

Squire, Sanders & Dempsey L.L.P.

By: _____
David A. Gabianelli

Attorneys for Defendant
CENTIMARK CORPORATION

# PROOF OF SERVICE

I, Agnes A. Gacayan, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the city, county and state where the mailing described below took place.

On May 23, 2008, I deposited in the United States Mail at San Francisco, California, a copy of the **NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** attached hereto addressed as follows:

Charles W. Herf, Esq.
Quarles & Brady LLP
Renaissance One, Two North Central Avenue
Phoenix, AZ 85004-2391

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 23, 2008.

*/s/ Agnes A. Gacayan*
Agnes A. Gacayan

# EXHIBIT A

David A. Gabianelli (State Bar No. 158170)
Andrew L. Chang (State Bar No. 222309)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email:    dgabianelli@ssd.com
Email:    achang@ssd.com

Attorneys for Defendant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HANSEN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CENTIMARK CORPORATION,<br><br>                    Defendant. | Case No. C-08-2611-EDL<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant CentiMark Corporation ("CentiMark"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1441, hereby removes to this Court the state court action described below:

1. Plaintiff Patrick Hansen ("Hansen") commenced a civil action against CentiMark on or around April 23, 2008 in the Superior Court of the State of California, County of Contra Costa styled as *Patrick Hansen v. CentiMark Corporation*, Case No. L08–03485 (the "State Court Action").

2. The first date upon which CentiMark received a copy of the said complaint was on April 24, 2008, when CentiMark's registered agent was served with process in the State Court Action via certified mail.

3. Attached hereto as Exhibit A are copies of all process, pleadings, and orders that have been served to date upon CentiMark in the State Court Action.

4. Federal jurisdiction exists based upon diversity of citizenship between Hansen and CentiMark under 28 U.S.C. § 1332.

5. Removal is authorized because the State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). In particular, the State Court Action is a civil action between citizens of different states, and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

6. Diversity of citizenship existed at the time that Hansen commenced the State Court Action, and continues to exist as of the time of removal.

7. Hansen was and is a citizen of the State of California. *See* Complaint for Declaratory and Injunctive Relief, ¶ 2.

8. CentiMark was and is a Pennsylvania corporation with its principal place of business in Canonsburg, Pennsylvania and is the only defendant named in the State Court Action. *Id.* at ¶ 3.

9. Although the Complaint in the State Court Action does not expressly state the amount in controversy, it is apparent from the allegations contained therein that the amount in controversy exceeds $75,000. At issue is CentiMark's right to enforce the terms of Hansen's employment agreement (which calls for annual compensation well in excess of $75,000) and to prevent Hansen from divulging valuable trade secrets, confidential information, and business strategies to a primary competitor of CentiMark. Absent an injunction, Hansen's misconduct will cause damages and/or harm to CentiMark well in excess of $75,000.

10. CentiMark is therefore entitled to remove the State Court Action to the United States District Court for the Northern District of California, the district court for the district and division embracing Contra Costa County. *See* 28 U.S.C. § 1441(a).

11. Counsel for CentiMark will serve copies of this Notice of Removal upon (1) counsel for Hansen and (2) the Clerk of the Superior Court of Contra Costa County, California

in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendant CentiMark Corporation respectfully request that this Court assume full jurisdiction over this action as if Plaintiff Patrick Hansen had originally commenced the same with this Court.

DATED:    May 23, 2008

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
       David A. Gabianelli

Attorneys for Defendant
CENTIMARK CORPORATION

OF COUNSEL:
Peter S. Russ
Gregory J. Krock
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219-1410
Telephone:    +1.412.562.8800
Facsimile:     +1.412.562.1041