David A. Gabianelli (State Bar No. 158170)
Andrew L. Chang (State Bar No. 222309)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887
Email:          dgabianelli@ssd.com
Email:          achang@ssd.com

Attorneys for Defendant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PATRICK HANSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTIMARK CORPORATION,<br><br>    Defendant. | CASE NO.  L08-03485-EDL<br><br>**[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, TRANSFER OR STAY - CASE NO. L08-03485-EDL

1  AND NOW, on this _____ day of _____, 2008, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, Transfer or Stay, and for good cause shown, it hereby ORDERED, ADJUDGED and DECREED that said Motion is **GRANTED**. The above–captioned action is hereby **DISMISSED** without prejudice.

DATED: _____

_____
District Court Judge

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, TRANSFER OR STAY - CASE NO. L08-03485-EDL