| | |
|---|---|
| 1 | David A. Gabianelli (State Bar No. 158170) |
| 2 | Andrew L. Chang (State Bar No. 222309)<br>SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 3 | One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492 |
| 4 | Telephone:  +1.415.954.0200<br>Facsimile:  +1.415.393.9887 |
| 5 | Email:      dgabianelli@ssd.com<br>Email:      achang@ssd.com |
| 6 | Attorneys for Defendant |
| 7 | CENTIMARK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HANSEN, | Case No.  C-08-2611-EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CENTIMARK CORPORATION, | |
| Defendant. | |

I, Lanii Langlois, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the city, county and state where the mailing described below took place.

On *June 2, 2008*, I deposited in the United States Mail at San Francisco, California, a true and correct copy of the following document(s):

- **DEFENDANT CENTIMARK CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER**
- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
- **[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER**.

in a sealed envelope, postage fully paid, addressed as follows:

> Charles W. Herf, Esq.
> Quarles & Brady LLP
> Renaissance One, Two North Central Avenue
> Phoenix, AZ 85004-2391

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on *June 2, 2008*.

> */s/ Lanii Langlois*
> Lanii Langlois