**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HANSEN,

        Plaintiff,

v.

CENTIMARK CORPORATION,

        Defendant.
_____/

No. C-08-02611 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Defendant's Motion to Dismiss noticed for July 15, 2008 at 9:00 a.m. and the Case Management Conference previously scheduled for August 15, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: June 2, 2008

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          */s/ Lili M. Harrell*
                                          By: Lili M. Harrell
                                          Deputy Clerk