1  David A. Gabianelli (State Bar No. 158170)
   Andrew L. Chang (State Bar No. 222309)
2  SQUIRE, SANDERS & DEMPSEY L.L.P.
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:  dgabianelli@ssd.com
5  Email:  achang@ssd.com

6  Attorneys for Defendant
   CENTIMARK CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 (SAN FRANCISCO DIVISION)

11

12 | PATRICK HANSEN,              | CASE NO.  C-08-2611-SI
13 |         Plaintiff,           | **[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR STAY**
14 |    vs.                       |
15 | CENTIMARK CORPORATION,       |
16 |         Defendant.           |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, TRANSFER OR STAY - CASE NO. C-08-2611-SI

1  AND NOW, on this 22nd day of August, 2008, upon consideration of Defendant's Motion
2  to Dismiss or, in the Alternative, Transfer or Stay, and for good cause shown, it hereby
3  ORDERED, ADJUDGED and DECREED that said Motion is **GRANTED**.  The above–
4  captioned action is hereby **DISMISSED** without prejudice.

6  DATED: _____

8  _____
   District Court Judge

- 2 -

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, TRANSFER OR STAY - CASE NO. C-08-2611-SI