David A. Gabianelli (State Bar No. 158170)
Andrew L. Chang (State Bar No. 222309)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: dgabianelli@ssd.com
Email: achang@ssd.com

Attorneys for Defendant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PATRICK HANSEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CENTIMARK CORPORATION,<br><br>　　　　Defendant. | Case No.  C-08-2611-SI<br><br>**CERTIFICATE OF SERVICE** |

1  I, Lanii Langlois, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the city, county and state where the mailing described below took place.

6  On *June 4, 2008*, I deposited in the United States Mail at San Francisco, California, a true and correct copy of the following document(s):

- **DEFENDANT CENTIMARK CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR STAY**
- **[PROPOSED] ORDER GRANTING CENTIMARK CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR STAY**

in a sealed envelope, postage fully paid, addressed as follows:

> Charles W. Herf, Esq.
> Quarles & Brady LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ 85004-2391

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on *June 4, 2008*.

   */s/ Lanii Langlois*
   Lanii Langlois

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

CERTIFICATE OF SERVICE - CASE NO. C-08-2611-SI