1  QUARLES & BRADY LLP
   CHARLES W. HERF (Bar No. 063800)
2  Renaissance One
   Two North Central Avenue
3  Phoenix, AZ 85004-2391
   Telephone: 602-229-5200
4  Facsimile: 602-229-5690
   E-mail: cherf@quarles.com
5
   Attorneys for Plaintiff
6  PATRICK HANSEN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | PATRICK HANSEN,                  | Case No. C-08-2611-SI
12 |         Plaintiff,               | **PLAINTIFF PATRICK HANSEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 | v.                               |
14 | CENTIMARK CORPORATION,           |
15 |         Defendant.               |

16
         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons
17
   associations of persons, firms, partnerships, corporations (including parent corporations) or other
18
   entities have a non-financial interest in that subject matter or in a party that could be substantially
19
   affected by the outcome of the proceeding:
20
         Tecta America Corporation ("Tecta") and Plaintiff Patrick Hansen ("Hansen") are named
21
   as defendants in a pending action before the United States District Court, Western District of
22
   Pennsylvania, Civ No. 08-0593, brought by Centimark Corporation. As Hansen's current
23
   employer, Tecta is interested in the outcome of this proceeding as it could potentially impact the
24
   litigation currently pending in the Western District of Pennsylvania.
25

26

27

28

QUARLES & BRADY
LLP
ATTORNEYS AT LAW
PHOENIX

QBACTIVE\900987.00042\6291876.1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 08-2611-SI

| | | |
|---|---|---|
| 1 | Dated: June 16, 2008 | QUARLES & BRADY LLP |
| 2 | | |
| 3 | | By: /s/ Charles W. Herf |
| 4 | | CHARLES W. HERF<br>Attorneys for PATRICK HANSEN |

QUARLES & BRADY
LLP
ATTORNEYS AT LAW
PHOENIX

QBACTIVE\900987.00042\6291876.1             -2-

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 08-2611-SI

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2008, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/EDF registrants:   David Anthony Gabianelli dgabianelli@ssd.com; and Andrew L. Chang achang@ssd.com.

      __/s/Sharon R. Urzi_____
      An employee of Quarles & Brady, LLP

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QBACTIVE\900987.00042\6291876.1       -3-

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.  C 08-2611-SI