| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Otto W. Immel
Quarles & Brady LLP
1395 Panther Lane, Suite 300
Naples, FL 34109
(239) 659-5041

(Name, address, and phone number of applicant)

FILED
08 JUL 17 PM 1:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PATRICK HANSEN,

    Plaintiff(s),

v.

CENTIMARK CORPORATION,

    Defendant(s).

CASE NO. C-08-2611-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, OTTO W. IMMEL, an active member in good standing of the bar of FLORIDA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PLAINTIFF PATRICK HANSEN in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Steven B. Sacks
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
(415) 774-2905

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/08

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021399
Cashier ID: buckles
Transaction Date: 07/17/2008
Payer Name: zoom messenger service
------------------------------------
PRO HAC VICE
 For: otto w immel
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2916
 Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c08-2611si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HANSEN

                           Plaintiff(s),

v.

CENTIMARK CORPORATION

                           Defendant(s).

CASE NO. C-08-2611-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

OTTO W. IMMEL, an active member in good standing of the bar of FLORIDA (particular court to which applicant is admitted) whose business address and telephone number is QUARLES & BRADY LLP
1395 PANTHER LANE, SUITE 300
NAPLES, FL 34109
239-659-5041
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF PATRICK HANSEN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                            United States Judge