| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | CHARLES W. HERF (Bar No. 063800) |
| 2 | Renaissance One |
| | Two North Central Avenue |
| 3 | Phoenix, AZ  85004-2391 |
| | Telephone:  602-229-5200 |
| 4 | Facsimile:  602-229-5690 |
| | E-mail: cherf@quarles.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | PATRICK HANSEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HANSEN, | Case No.  C-08-2611-SI |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF APPEARANCE |
| CENTIMARK CORPORATION, | |
| Defendant. | |

Charles W. Herf, pursuant to L.R. 11-5, hereby provides notice to the Court and counsel of record of the withdrawal of his appearance on behalf of Plaintiff Patrick Hansen in this matter. Attorney Otto W. Immel, of the Law Offices of Quarles & Brady LLP will continue to represent the Plaintiff's interests in this matter.

Dated: July 21, 2008                                       QUARLES & BRADY LLP


By: /s/ Charles W. Herf
    CHARLES W. HERF
    Attorneys for PATRICK HANSEN

QUARLES & BRADY LLP
ATTORNEYS AT LAW
PHOENIX

QBACTIVE\900987.00042\6380407.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of July, 2008, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/EDF registrants:   David Anthony Gabianelli dgabianelli@ssd.com; and Andrew L. Chang achang@ssd.com.

                                    __/s/Sharon R. Urzi_____
                                    An employee of Quarles & Brady, LLP

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QBACTIVE\900987.00042\6380407.1              -2-

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NO.  C 08-2611-SI

1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICK HANSEN,                    Case No. C-08-2611-SI

12          Plaintiff,                 **(Proposed)**

13  v.                                 ORDER

14  CENTIMARK CORPORATION,

15          Defendant.

16
        HAVING RECEIVED and considered counsel for Plaintiff's Motion to Withdraw as
17
    Counsel and good cause appearing, it is hereby ordered granting the Motion and permitting
18
    Charles W. Herf to withdraw as counsel for Plaintiff Patrick Hansen. Attorney Otto Immel of
19
    Law Offices of Quarles & Brady LLP will continue to represent the Plaintiff's interests in this
20
21  matter.

22
    Dated:
23

24
                                       By:_____
25                                          United States District Court Judge

26
27
28

QUARLES & BRADY
      LLP
ATTORNEYS AT LAW      QBACTIVE\900987.00042\6380511.1
    PHOENIX

                                    (Proposed) ORDER
                                    CASE NO. C 08-2611-SI

1

**CERTIFICATE OF SERVICE**

2

3    I hereby certify that on the 21st day of July, 2008, I electronically submitted the attached

4    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

5    Electronic Filing for the following CM/EDF registrants:   David Anthony Gabianelli

     dgabianelli@ssd.com; and Andrew L. Chang achang@ssd.com.
6

7

8

9

10                                          __/s/Sharon R. Urzi_____
                                            An employee of Quarles & Brady, LLP
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QBACTIVE\900987.00042\6380511.1           -2-

(Proposed) ORDER
CASE NO.  C 08-2611-SI