UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HANSEN, | Case No. C-08-2611-SI |
| Plaintiff, | **(Proposed)** |
| v. | ORDER |
| CENTIMARK CORPORATION, | |
| Defendant. | |

HAVING RECEIVED and considered counsel for Plaintiff's Motion to Withdraw as Counsel and good cause appearing, it is hereby ordered granting the Motion and permitting Charles W. Herf to withdraw as counsel for Plaintiff Patrick Hansen. Attorney Otto Immel of Law Offices of Quarles & Brady LLP will continue to represent the Plaintiff's interests in this matter.

Dated:

By: _____
United States District Court Judge

QBACTIVE\900987.00042\6380511.1

(Proposed) ORDER
CASE NO. C 08-2611-SI

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2008, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/EDF registrants: David Anthony Gabianelli dgabianelli@ssd.com; and Andrew L. Chang achang@ssd.com.

                                                                                                                          /s/Sharon R. Urzi\_\_\_\_
An employee of Quarles & Brady, LLP

QUARLES & BRADY LLP
ATTORNEYS AT LAW
PHOENIX

QBACTIVE\900987.00042\6380511.1  -2-

(Proposed) ORDER
CASE NO. C 08-2611-SI