1  Otto W. Immel
2  QUARLES & BRADY LLP
   1395 Panther Lane, Suite 300
3  Naples, FL  34109
   Phone: (239) 659-5041
4  Fax: (239) 213-5449
   oimmel@quarles.com
5  *Admitted Pro Hac Vice*

6  Steven B. Sacks, Calif. State Bar No. 98875
7  Sheppard, Mullin, Richter & Hampton LLP
   Four Embaccadero Center
8  17th Floor
   San Francisco, CA 94111
9  Phone: 415-434-9100
   CA State Bar No. 98875
10

11 *Attorneys for Plaintiff Patrick Hansen*

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | PATRICK HANSEN,              | Case No.  C-08-2611-SI
18 |         Plaintiff,            | Assigned to the Honorable Susan Illston
19 | v.                            | **DECLARATION OF MARK SANTACROSE**
20 | CENTIMARK CORPORATION,        |
21 |         Defendant.            |

22

23       1.     I, Mark F. Santacrose, am the President and Chief Executive Officer for Tecta

24 America Corp. ("Tecta").  Tecta is incorporated in Illinois, and its corporate offices are located in

25 Skokie, Illinois.

26

27

28

DECLARATION OF MARK SANTACROSE            -1-                    CASE NO. C-08-2611-SI

2. In early 2007, Tecta was approached by BMO Bank of Montreal ("BMO") who encouraged Tecta to speak with CentiMark Corporation ("CentiMark") about a possible merger of the two entities.

3. Tecta had just one meeting with CentiMark to discuss the possible merger. That meeting took place at CentiMark's corporate offices near Pittsburgh. Present for the meeting was myself, two representatives of KRG Capital Partners, LLC (a Tecta investor), two representatives of BMO, Edward Dunlap, and Timothy Dunlap (CentiMark's President). The meeting was short, lasting just an hour and a half.

4. To the best of my recollection, neither Tecta nor CentiMark provided the other with any confidential information during their discussions surrounding merger.

5. Plaintiff Patrick Hansen was not party to, privy to, or in any way involved in these discussions.

6. Attached as Exhibit A is a true and correct copy of an email exchange I had with CentiMark's President, Timothy M. Dunlap ("Dunlap"), on April 22, 2008.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.

4  Dated: July 31, 2008.

   s/ Mark Santacrose
   MARK SANTACROSE

**From:** Mark F. Santacrose
**Sent:** 04/22/2008
**To:** Timothy.Dunlap@centimark.com
**Cc:**
**Bcc:**
**Subject:** RE: Give me a call.

Tim:

Actually, our call did have an effect. I instructed our HR/Recruiters to refrain from contacting Centimark people and we have no intention of doing so. However, we were already in discussions with these two individuals as part of our national search. I always feel that conversation and understanding helps in making decisions but won't pursue it further if you prefer not to. Its up to you if you'd like to talk any time.

Mark

Mark F. Santacrose
President/CEO
Tecta America Corp.
5215 Old Orchard Road
Skokie, IL 60077
847.581.3881
msantacrose@tectaamerica.com
www.tectaamerica.com
www.greenroof.com

---

From: Timothy.Dunlap@centimark.com [mailto:Timothy.Dunlap@centimark.com]
Sent: Tue 4/22/2008 5:07 PM
To: Mark F. Santacrose
Subject: RE: Give me a call.

Mark;
    Based on the recent events that have already transpired, I do not feel that justification of what has occurred will change anything. Our conversation in mid March did not. At this time like any business that has been put in this position we are currently exploring all business and legal options.

TIMOTHY M. DUNLAP
PRESIDENT & CHIEF OPERATING OFFICER
TIMOTHY.DUNLAP@CENTIMARK.COM
WWW.CENTIMARK.COM



TECTA0137

""Mark F. Santacrose"" [msantacrose@tectaamerica.com]

04/22/2008 07:46 AM

To
[Timothy.Dunlap@centimark.com]
cc
Subject
RE: Give me a call.


Tim:

Let me know a good time to give you a call. I'd like to explain our actions with respect to yesterday's news on the sales front. I'm sure you had a strong reaction but I'd like to give you our perspective as well as our going forward plan which should hopefully get you a little more comfortable as to our direction going forward.

Mark

Mark F. Santacrose
President/CEO
Tecta America Corp.
5215 Old Orchard Road
Skokie, IL 60077
847.581.3881
msantacrose@tectaamerica.com
www.tectaamerica.com
www.greenroof.com


---

From: Timothy.Dunlap@centimark.com [mailto:Timothy.Dunlap@centimark.com]
Sent: Fri 3/14/2008 7:20 AM
To: Mark F. Santacrose
Subject: Give me a call.


Mark;
       When you get a chance would you please give me a call at 724) 743 - 7743 ext. 1522. If you do not get me direct please leave a message and I will get back to you. Nothing urgent just need a few minutes to run something by you, thanks.


TIMOTHY M. DUNLAP

TECTA0138

PRESIDENT & CHIEF OPERATING OFFICER
TIMOTHY.DUNLAP@CENTIMARK.COM
WWW.CENTIMARK.COM

This message has been checked for all known viruses by a Third Party virus scanning service. Please direct any questions or comments to Helpdesk@Centimark.com.

This message has been checked for all known viruses by a Third Party virus scanning service. Please direct any questions or comments to Helpdesk@Centimark.com.

This message has been checked for all known viruses by a Third Party virus scanning service. Please direct any questions or comments to Helpdesk@Centimark.com.

TECTA0139