1  Otto W. Immel
2  QUARLES & BRADY LLP
   1395 Panther Lane, Suite 300
3  Naples, FL  34109
   Phone: (239) 659-5041
4  Fax: (239) 213-5449
   oimmel@quarles.com
5  *Admitted Pro Hac Vice*

6  Steven B. Sacks, Calif. State Bar No. 98875
7  Sheppard, Mullin, Richter & Hampton LLP
   Four Embaccadero Center
8  17th Floor
   San Francisco, CA 94111
9  Phone: 415-434-9100
   CA State Bar No. 98875
10

11 *Attorneys for Plaintiff Patrick Hansen*

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 | PATRICK HANSEN, | Case No.  C-08-2611-SI |
17 |                 |                        |
   | Plaintiff,      | Assigned to the Honorable Susan Illston |
18 | v.              |                        |
19 | CENTIMARK CORPORATION, | **CERTIFICATE OF SERVICE** |
20 | Defendant.      |                        |
21

22      I hereby certify that on August 1, 2008, I electronically filed the following documents:

23      1.   Plaintiff Patrick Hansen's Opposition to Defendant's Motion to Dismiss;
        2.   Declaration of Patrick J. Hansen; and
24      3.   Declaration of Mark Santacrose.

25

26

27

28

Certificate of Service                -1-                CASE NO. C-08-2611-SI

1  The Clerk of the Court using the ECF system will send notification of such filings to Peter S.

2  Russ, peter.russ@bipc.com and Gregory J. Krock, gregory.krock@bipc.com.

3

4  Dated: August 1, 2008                                s/ Kim M. Johnson
                                                       Kim M. Johnson
5                                                      Assistant to Otto W. Immel

Certificate of Service                    -2-                    CASE NO. C-08-2611-SI