IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK HANSEN,                                              No. C 08-02611SI

       Plaintiff,                                                    **NOTICE**

  v.

CENTIMARK CORP.,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Monday, September 22, 2008, at 9:00 a.m.

The initial case management conference has been continued to Friday, November 7, 2008, at 2 p.m. The joint case management conference statement shall be filed one week prior to the conference.

Dated: August 14, 2008                                        RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk