| | |
|---|---|
| 1 | Otto W. Immel |
| 2 | QUARLES & BRADY LLP |
|   | 1395 Panther Lane, Suite 300 |
| 3 | Naples, FL  34109 |
|   | Phone: (239) 659-5041 |
| 4 | Fax: (239) 213-5449 |
|   | oimmel@quarles.com |
| 5 | *Admitted Pro Hac Vice* |

Steven B. Sacks, Calif. State Bar No. 98875
Sheppard, Mullin, Richter & Hampton LLP
Four Embaccadero Center
17th Floor
San Francisco, CA 94111
Phone: 415-434-9100
CA State Bar No. 98875

*Attorneys for Plaintiff Patrick Hansen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HANSEN, | Case No.  C-08-2611-SI |
| Plaintiff, | Assigned to the Honorable Susan Illston |
| v. | |
| CENTIMARK CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that on August 14, 2008, I electronically filed the Amended Complaint. The Clerk of the Court using the ECF system will send notification of such filings to David Anthony Gabianelli, dgabianelli@ssd.com and Andrew L. Chang, achang@ssd.com.

Dated: August 14, 2008                     s/ Kim M. Johnson
                                            Kim M. Johnson
                                            Assistant to Otto W. Immel

Certificate of Service                    -1-                    CASE NO. C-08-2611-SI