Otto W. Immel
QUARLES & BRADY LLP
1395 Panther Lane, Suite 300
Naples, FL 34109
Phone: (239) 659-5041
Fax: (239) 213-5449
oimmel@quarles.com
*Admitted Pro Hac Vice*

Steven B. Sacks, Calif. State Bar No. 98875
Sheppard, Mullin, Richter & Hampton LLP
Four Embaccadero Center
17th Floor
San Francisco, CA 94111
Phone: 415-434-9100
CA State Bar No. 98875

*Attorneys for Plaintiff Patrick Hansen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HANSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CENTIMARK CORPORATION,<br><br>　　　　　Defendant. | Case No. C-08-2611-SI<br><br>Assigned to the Honorable Susan Illston<br><br>**AMENDED CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on August 1, 2008, I electronically filed the following documents:

　　　　1.　　Plaintiff Patrick Hansen's Opposition to Defendant's Motion to Dismiss;
　　　　2.　　Declaration of Patrick J. Hansen; and
　　　　3.　　Declaration of Mark Santacrose.

　　　　The Clerk of the Court using the ECF system will send notification of such filings to

David Anthony Gabianelli, dgabianelli@ssd.com and Andrew L. Chang, achang@ssd.com.

Dated: August 15, 2008　　　　　　　　　　　　　s/ Kim M. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　Kim M. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　Assistant to Otto W. Immel

Certificate of Service　　　　　　　　-1-　　　　　　　　CASE NO. C-08-2611-SI