1  David A. Gabianelli (State Bar No. 158170)
   Andrew L. Chang (State Bar No. 222309)
2  SQUIRE, SANDERS & DEMPSEY L.L.P.
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      dgabianelli@ssd.com
5  Email:      achang@ssd.com

6  Attorneys for Defendant
   CENTIMARK CORPORATION
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

12 | PATRICK HANSEN,              | Case No.  C-08-2611-SI
13 |        Plaintiff,            | Assigned to the Honorable Susan Illston
14 |    vs.                       | **STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT CENTIMARK CORPORATION'S TIME TO RESPOND TO THE AMENDED COMPLAINT**
15 | CENTIMARK CORPORATION,       |
16 |        Defendant.            |
17

18       Plaintiff Patrick Hansen ("Hansen") and Defendant CentiMark Corporation

19 ("CentiMark") (collectively referred to as the "Parties"), by and through their respective counsel,

20 hereby stipulate as follows:

21       WHEREAS, on June 4, 2008, CentiMark responded to Hansen's original complaint in this

22 action by filing and serving its Motion to Dismiss or, in the Alternative, Transfer or Stay,

23 currently set for hearing before this Court on September 22, 2008.

24       WHEREAS, on August 14, 2008, Hansen filed and served an Amended Complaint in this

25 action.

26       WHEREAS, the Parties assume that Hansen's Amended Complaint moots the Motion to

27 Dismiss or, in the Alternative, Transfer or Stay, currently pending before this Court.

28       WHEREAS, under Federal Rule of Civil Procedure, Rule 15(a)(3), CentiMark's response

to the Amended Complaint is due on or about August 28, 2008.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that:

(1)    CentiMark's time to respond to Hansen's Amended Complaint shall be extended to September 10, 2008.

THE PARTIES SO STIPULATE.

DATED:    August 25, 2008          QUARLES & BRADY LLP


By:   */s/ Otto W. Immel*
          Otto W. Immel

Attorneys for Plaintiff
PATRICK HANSEN

DATED:    August 25, 2008          SQUIRE, SANDERS & DEMPSEY L.L.P.


By:   */s/ David A. Gabianelli*
          David A. Gabianelli

Attorneys for Defendant
CENTIMARK CORPORATION

OF COUNSEL:
Peter S. Russ
Gregory J. Krock
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219-1410
Telephone:   +1.412.562.8800/Facsimile:    +1.412.562.1041


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:    _____          _____
                                        UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

- 2 -

STIPULATION AND PROPOSED ORDER TO EXTEND DEF'S TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-08-2611-SI