1  David A. Gabianelli (State Bar No. 158170)
   Andrew L. Chang (State Bar No. 222309)
2  SQUIRE, SANDERS & DEMPSEY L.L.P.
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      dgabianelli@ssd.com
5  Email:      achang@ssd.com

6  Attorneys for Defendant
   CENTIMARK CORPORATION
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 (SAN FRANCISCO DIVISION)

11

12  PATRICK HANSEN,                    Case No.  C-08-2611-SI

13          Plaintiff,                 Assigned to the Honorable Susan Illston

14      vs.                            **STIPULATION AND PROPOSED ORDER
                                       TO EXTEND DEFENDANT CENTIMARK
15  CENTIMARK CORPORATION,             CORPORATION'S TIME TO RESPOND
                                       TO THE AMENDED COMPLAINT**
16          Defendant.

17

18          Plaintiff Patrick Hansen ("Hansen") and Defendant CentiMark Corporation

19  ("CentiMark") (collectively referred to as the "Parties"), by and through their respective counsel,

20  hereby stipulate as follows:

21          WHEREAS, on June 4, 2008, CentiMark responded to Hansen's original complaint in this

22  action by filing and serving its Motion to Dismiss or, in the Alternative, Transfer or Stay,

23  currently set for hearing before this Court on September 22, 2008.

24          WHEREAS, on August 14, 2008, Hansen filed and served an Amended Complaint in this

25  action.

26          WHEREAS, the Parties assume that Hansen's Amended Complaint moots the Motion to

27  Dismiss or, in the Alternative, Transfer or Stay, currently pending before this Court.

28          WHEREAS, under Federal Rule of Civil Procedure, Rule 15(a)(3), CentiMark's response

---

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-
3492

STIPULATION AND PROPOSED ORDER TO EXTEND DEF'S TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-08-2611-SI

1    to the Amended Complaint is due on or about August 28, 2008.

2            NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that:

3            (1)    CentiMark's time to respond to Hansen's Amended Complaint shall be extended

4    to September 10, 2008.

5            THE PARTIES SO STIPULATE.
     DATED:    August 25, 2008            QUARLES & BRADY LLP
6

7

8                                         By:    /s/ Otto W. Immel
                                                 Otto W. Immel

9                                         Attorneys for Plaintiff
                                          PATRICK HANSEN
10

     DATED:    August 25, 2008            SQUIRE, SANDERS & DEMPSEY L.L.P.
11

12

13                                        By:    /s/ David A. Gabianelli
                                                 David A. Gabianelli

14                                        Attorneys for Defendant
                                          CENTIMARK CORPORATION
15   OF COUNSEL:
     Peter S. Russ
16   Gregory J. Krock
     Buchanan Ingersoll & Rooney
17   One Oxford Centre
     301 Grant St., 20th Floor
18   Pittsburgh, PA 15219-1410
     Telephone:    +1.412.562.8800/Facsimile:    +1.412.562.1041
19

20           PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Dated:    _____    _____
                                           UNITED STATES DISTRICT JUDGE
23

24      Motion (docket #13) is moot and is terminated.

25

26

27

28
                                          - 2 -

STIPULATION AND PROPOSED ORDER TO EXTEND DEF'S TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. C-08-2611-SI