WILDMAN, HARROLD, ALLEN & DIXON LLP
Clinton J. McCord (CA Bar No. 204749)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: (310) 860-8715
Facsimile: (310) 860-3815
mccord@wildman.com

Attorneys for Defendant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PATRICK HANSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>CENTIMARK COPORATION,<br><br>          Defendant. | Case No. C-08-2611-SI<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Defendant, CentiMark Corporation ("CentiMark"), by and through undersigned counsel, hereby requests the Court approve the substitution of Wildman, Harrold, Allen & Dixon LLP as its attorney of record in place and stead of Squire, Sanders & Dempsey LLP. CentiMark consents to this substitution.

**DATED:** March 17, 2009

                                    CentiMark Corporation,

                                    By: _____
                                         Thor DiCesare
                                    Title: General Counsel
                                    Requesting Party

1952680-1

Squire, Sanders & Dempsey LLP, as the counsel substituting out, consents to this substitution.

SQUIRE, SANDERS & DEMPSEY L.L.P.

Dated: March 17, 2009

By: _____
David A. Gabianelli
Present Attorney for Defendant
CENTIMARK CORPORATION

Wildman, Harrold, Allen & Dixon LLP, as the counsel substituting in, consents to this substitution. Attorney Clinton J. McCord (SBN: 204749), of Wildman, Harrold, Allen & Dixon LLP, will be the new attorney of record for CentiMark. Mr. McCord's information is as follows: 9665 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212; telephone: (310) 860-8715; facsimile: (310) 860-3815; e-mail: mccord@wildman.com.

WILDMAN, HARROLD, ALLEN & DIXON LLP

Dated: March 19, 2009

By: _____
Clinton J. McCord
New Attorney for Defendant
CENTIMARK CORPORATION

1952680-1

## ORDER

The Court hereby orders that the request of Defendant CentiMark Corporation ("CentiMark") to substitute Clinton J. McCord (SBN: 204749) of Wildman, Harrold, Allen & Dixon LLP, 9665 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212, mccord@wildman.com, telephone: (310) 860-8715, and facsimile: (310) 860-3815, as attorney of record in place and stead of Squire, Sanders & Dempsey LLP, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: March ___, 2009        By: _____
　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge

1952680-1